

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

William T. Walsh
Clerk

REPLY TO:  Camden

January 21, 2021

Philip Tran (Philip_Tran@dcd.uscourts.gov)
Courtroom Deputy for Magistrate Judge G. Michael Harvey
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

    Re:  U.S. v. Patrick Alonzo Stedman
    Our Docket Number: 1:21-mj-7002-KMW
    Your Docket Number: 1:21-mj-00133-RMM

Dear Clerk:

    Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure.  You can obtain the original record by accessing CM/ECF through PACER.  If applicable, a certified copy of the Appearance Bond is enclosed.  Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

    Sincerely,

    WILLIAM T. WALSH, Clerk

    By:  s/ Nicole Ramos
           Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____
**DATE:** _____

DNJ-Crim-004(Rev. 09/06)

## Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   Link to Electronic Filing System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

   - Reports
   - Docket Sheet
   - Enter Case Number in the following format: **[06mj1234]**
   - Run Report

     < To view a document from the docket sheet, click on the blue "underlined" document number;

     < To download, click on File, Save a Copy and save to your specific directory;

     < If the document does not have an underlined document number, it is either:

       - A text only entry and no document is attached, or
       - An entry made prior to electronic case filing and the original is enclosed, or
       - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

   < Camden - 866-726-0726 or 856-757-5285
   < Newark - 866-208-1405 or 973-645-5924
   < Trenton - 866-848-6059 or 609-989-2004